■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME MURPHY, Appellant. [686 NYS2d 332] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered December 2, 1997, convicting him of robbery in the first degree, upon a jury verdict, and imposing

sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is reversed, and a new trial is ordered, to be preceded by an independent source hearing.

We agree with the defendant that, due to disparities be-tween the defendant and the lineup fillers, the lineup procedure was unduly suggestive (*see, People v Owens,* 74 NY2d 677). Thus, because no basis was developed at the *Wade* hearing for an independent source for the victims' in-court identifications of the defendant, a new trial is required, to be preceded by an independent source hearing (*see, People v Burts,* 78 NY2d 20). O'Brien, J. P., Ritter, Thompson and Goldstein, JJ., concur.